MADE JS-6

DANIEL G. BATH, P.C., SB# 119514
E-Mail: bath@lbbslaw.com
MICHAEL A. ROME, SB# 272345
E-Mail: ohair@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for DEFENDANT CITIBANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE M. HYSHAW, | CASE NO. CV 11-722-GW(JCx) |
| Plaintiff, | **ORDER FOR JUDGMENT OF DISMISSAL** |
| v. | ACTION FILED:   Jan. 25, 2011 |
| CITIBANK, N.A., | |
| Defendant. | |

On September 29, 2011, this Court held a hearing on Defendant Citibank, N.A.'s Motion to Dismiss the Second Amended Complaint of Plaintiff Clarence M. Hyshaw.

After considering all papers and the Court file, this Court orders the following:

1. Defendant Citibank, N.A.'s Motion to Dismiss Plaintiff Clarence M. Hyshaw's Second Amended Complaint is GRANTED, without leave to amend.

2. As a result of the Court's ruling, the Court orders that Clarence M. Hyshaw's action against Citibank, N.A. is hereby dismissed, with prejudice, in its entirety.

///

4839-7517-7482.1

-1-

[PROPOSED] ORDER FOR JUDGMENT OF DISMISSAL

3. Citibank, N.A. shall be entitled to costs incurred in an amount to be determined by the Court.

DATED: October 17, 2011                    _____
                                           GEORGE H. WU, U.S. District Judge

LEWIS BRISBOIS

4839-7517-7482.1

-2-

[PROPOSED] ORDER FOR JUDGMENT OF DISMISSAL

# FEDERAL COURT PROOF OF SERVICE
*Clarence M. Hyshaw v. Citibank, N.A.*
U.S.D.C. CV11-00722 GW (JCx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On October 4, 2011, I served the following document(s): **[PROPOSED] ORDER FOR JUDGMENT OF DISMISSAL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Wayne J. King, Esq.
1212 Cabinwood Place
Silver Spring, Maryland 20904
Ph: (301) 879-9020
Mobile: (301) 922-1275
Fax: (301) 879-9021
wayne_jerry_king@yahoo.com

Joseph Stanley Sanders
The Sanders Firm LLP
333 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Ph: (213) 943-1314
Fax: (213) 234-4581
stan@sandersfirmla.com

The documents were served by the following means:

[X]  (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 4, 2011, at Los Angeles, California.

_____
Tina Schubert